Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of EUGENE GOLD, District Attorney of Kings County, Respondent, v. RUDOLPH VALENTINE, Appellant.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.

In the Matter of IRVING H. GREENWALD et al., Petitioners, v. TOWN OF RAMAPO et al., Respondents, et al., Intervenors-Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of ALMA LARA, Respondent, v. ROY M. KERN et al., Constituting the Board of Zoning Appeals of the Town of Smithtown, Appellants.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.